AO 93 (Rev. 11/13) Search and Seizure Warrant

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No. MJ19-171
US Mail Parcel, bearing confirmation number 9470 1368 9784 )
6793 2672 35, as further described in Attachment A. )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:

US Mail Parcel, bearing confirmation number 9470 1368 9784 6793 2672 35, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for list of items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before ____May 9, 2019____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any U.S. Magistrate Judge in West. Dist. of Washington____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 25, 2019 at 10:30 a.m.
                                                                                    *Judge's signature*

City and state:   Seattle, Washington         Brian A. Tsuchida, Chief United States Magistrate Judge
                                                                                    *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>MJ19-171 | Date and time warrant executed:<br>April 25, 2019 at 10:39am | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of : | Michael Harrold, Postal Inspector | |

Inventory of the property taken and name of any person(s) seized:

-13.9grams of a black tarry substance, field tested positive for heroine.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 25 April 2019

*Executing officer's signature*

Nelson Y. Rivera, Postal Inspector
*Printed name and title*